IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TERRIANNE ROBINSON-BRACKEN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 15-cv-78-CJP[1] |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

### MEMORANDUM and ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's stipulation for voluntary dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). (Doc. 20).

Plaintiff seeks voluntary dismissal without prejudice on all claims asserted in this action against defendant, Carolyn W. Colvin. The stipulation contained the authorized signatures of the counsel of record for both parties as required per rule 41(a)(1)(A)(ii) and defendant has no objections to the stipulation.

Plaintiff's stipulation for voluntary dismissal **(Doc. 20)** is **GRANTED** and the matter is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to enter judgment in favor of defendant.

**IT IS SO ORDERED.**

**DATED: July 21, 2015.**

---

[1] This case was referred to the undersigned for final disposition upon consent of the parties, pursuant to 28 U.S.C. §636(c). See, Doc. 11.

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**