IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TERRIANNE ROBINSON-BRACKEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **Civil No.** 15-cv-78-CJP |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 21), the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED** and the case is **DISMISSED WITHOUT PREJUDICE**.

Judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and against plaintiff Terrianne Robinson-Bracken.

DATED: 7/21/15


JUSTINE FLANAGAN,
Acting Clerk of Court

BY:   s/Reid Hermann
         Deputy Clerk

**Approved:**
**s/ Clifford J. Proud**
**Clifford J. Proud**
**U.S. Magistrate Judge**